**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VIRGINIA NIEVES,

      Plaintiff,

v.                                  Case No: 8:15-cv-2489-T-30EAJ

NIAGARA PORTFOLIO SOLUTIONS
LLC,

      Defendant.

_____

## <u>ORDER</u>

THIS CAUSE is before the Court on Plaintiff's Motion for Award of Costs and Attorney's Fees (Dkt. 12). In this action for violations of the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act, Plaintiff prevailed on a default judgment. She now seeks an award of $475.00 in court costs and $2,395.00 in attorney's fees for the approximately 9.3 hours expended in this action. The Court has reviewed the motion, to include its enclosed billing statement and other supporting documentation, and the applicable law. The Court concludes that attorney's fees are reasonable and those fees, as well as costs, should be awarded.

It is therefore ORDERED AND ADJUDGED that:

1.      Plaintiff's Motion for Award of Costs and Attorney's Fees (Dkt. 12) is GRANTED in part.

2.      Plaintiff is entitled to costs and fees in the amount of $2,870.00.

3.      The Clerk of Court is directed to enter a Bill of Costs in the amount of $2,870.00 in favor of Plaintiff Nieves and against Defendant Niagara Portfolio Solutions, LLC.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of April, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record